

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00029-CV

**DIAGNOSTIC RESEARCH GROUP** and John R. Holcomb, M.D.,
Appellants

v.

Sushma **VORA**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00357
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the interlocutory order of the trial court denying DRG and Dr. Holcomb's motion to dismiss and overruling objections to Dr. Mulroy's expert report is affirmed in part and reversed in part. The cause is remanded for further proceedings consistent with this opinion.

SIGNED August 19, 2015.

_____
Jason Pulliam, Justice